| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

City of Sterling Heights §
Police & Fire Retirement System, §
§
      Plaintiff, §
§
versus § Civil Action H-11-2537
§
Owen Kratz, et al., §
§
      Defendants. §

## Order Denying Dismissal

The motion to dismiss voluntarily by the City of Sterling Heights Police & Fire Retirement System is denied (29).[1]

Signed on April 2, 2012, at Houston, Texas.

Lynn N. Hughes
United States District Judge

---

[1] Fed R. Civ. P. 23.1(c).