| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

City of Sterling Heights                §
Police & Fire Retirement System,        §
                                        §
    Plaintiff,      §
                                        §
versus                                  §     Civil Action H-11-2537
                                        §
Owen Kratz, et al.,                     §
                                        §
    Defendants.     §

## Final Dismissal

The City of Sterling Heights Police & Fire Retirement System's claims against Owen Kratz, Anthony Tripodo, Bart H. Heijermans, Alisa B. Johnson, Gordon F. Ahalt, Bernard J. Duroc-Danner, John V. Lovoi, T. William Porter, III, Nancy K. Quinn, William L. Transier, James A. Watt, and Meridian Compensation Partners, LLC, are dismissed with prejudice. (10, 19)

Signed on August 20, 2014, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge